# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2017

SEAN F. McAVOY, CLERK

PAUL SHIELDS,

*Plaintiff*

v.

WILMINGTON TRUST, N.A., OCWEN LOAN SERVICING, U.S. BANK TRUST, N.A., CALIBER HOME LOANS, and NORTH CASCADE TRUSTEE SERVICES,

*Defendant*

Civil Action No.   2:16-cv-00192-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The claims against Ocwen Loan Servicing, Wilmington Trust, N.A., Caliber Home Loans, and U.S. Bank Trust, N.A. are dismissed with prejudice.
The claims against North Cascade Trustee Services are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   Pursuant to Federal Rule of Civil Procedure 41.

Date: 2/21/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez